UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **JAIME MIJANGOS,** | ) |
| Petitioner, | ) CV NO. 15-2190-DDP (AJW) |
| v. | ) |
| **BOARD OF PAROLE HEARINGS,** | ) JUDGMENT |
| Respondent. | ) |

It is hereby adjudged that the petition for a writ of habeas corpus is dismissed as moot.

Dated: June 29, 2015

_____
Dean D. Pregerson
United States District Judge